# MEMO ENDORSED



DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE:  (862) 227-3106
FAX:       (973) 282-8603
DZ@ZEMELLAWLLC.COM

October 1, 2021

**VIA ECF:**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

        RE:    **Levy v. Credit Plus, Inc., et al, 7:21-cv-5541 (S.D.N.Y.)
Adjournment Request**

Honorable Court:

    My office represents Plaintiff Raizy Levy. I write to request adjournment of the conference scheduled for October 20, 2021. I will be on trial on this date and unavailable to attend. After conferring with the Defendants, all parties consent to the adjournment and request that the hearing be conducted the week of November 15.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/*Daniel Zemel*
Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway
Paterson, New Jersey 07514
T: (862) 227-3106
DZ@zemellawllc.com

Granted. The teleconference will go forward on November 16, 2021 at 1:30 PM

SO ORDERED

KENNETH M. KARAS, U.S.D.J.
10/5/2021