

MEMO ENDORSED

DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE: (862) 227-3106
FAX: (973) 282-8603
DZ@ZEMELLAWLLC.COM

May 17, 2022

**VIA ECF:**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

        **RE:**    **Levy v. Credit Plus, Inc., et al, 7:21-cv-5541 (S.D.N.Y.)**
                    **Adjournment Request**

Honorable Court:

     My office represents Plaintiff Raizy Levy. I write to request adjournment of the conference scheduled for May 18, 2022. Due to a lengthy court hearing in California on May 17, 2022, I missed my return flight. The next available flight will have me airborne during this conference. Accordingly, I request adjournment of the conference and apologize for the late request.

     Concerning the rescheduling of the conference, I am scheduled for a jury trial between May 24 and June 2. I therefore request that the conference be rescheduled on any of the following dates: June 8, 9, 10, 20, 21, and 22.

     Thank you for your attention to this matter.

Granted.

The conference is adjourned to 6/ 9 / 22, at 2:00.

So Ordered.
/s/ [signature]
5/18/22

Respectfully submitted,

/s/*Daniel Zemel*
Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway
Paterson, New Jersey 07514
T: (862) 227-3106
DZ@zemellawllc.com

1