MEMO ENDORSED



DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE: (862) 227-3106
FAX: (862) 204-5901
DZ@ZEMELLAWLLC.COM

May 19, 2022

**VIA ECF:**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      **RE: Levy v. Credit Plus, Inc., et al.**
         **Case No.: 7:21-cv-05541**

Honorable Court,

  Plaintiff Raizy Levy respectfully submits this letter in response to Defendant's request to stay discovery pending the Court's decision on the motion to compel arbitration. [ECF 80]. Plaintiff does not oppose the request to temporarily stay *normal* discovery until the Court decides the pending motion. However, Plaintiff reserves the right to pursue discovery related to arbitration issues before briefing the issues.

> All discovery not directly related to arbitration issues is stayed until the Court resolves the Motion to Compel Arbitration.
>
> So Ordered.
> /s/ Kenneth M. Karas
> 5/19/22

Respectfully submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq.

1