UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAIZY LEVY,

                        Plaintiff,

    v.

CREDIT PLUS INC., *et al.*,

                        Defendants.

No. 21-CV-5541 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

    At the Conference on June 9, 2022, the Court adopted the following schedule:

    Defendants shall file their Motion to Compel Arbitration by June 30, 2022. Plaintiff shall respond by August 1, 2022. Defendants shall reply by August 22, 2022.

    The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    June 9, 2022
                White Plains, New York

                                                KENNETH M. KARAS
                                                UNITED STATES DISTRICT JUDGE